AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**HOWARD ANTHONY PHILLIPS**
PDID: xxx-xxx
DOB: xx/xx/71

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

*(Name and Address of Defendant)*

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **NOVEMBER 20, 2005** in **WASHINGTON** county, in the _____ District of **COLUMBIA** defendant(s) did, *(Track Statutory Language of Offense)*

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is a loaded RG Industries .38 Special revolver and ammunition.**

in violation of Title **18** United States Code, Section(s) **922(g)(1)**.

I further state that I am **OFFICER JOHN KNUTSEN** and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**OFFICER JOHN KNUTSEN**
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

_____ at    **Washington, D.C.**
Date                                                          City and State

_____       _____
Name & Title of Judicial Officer                    Signature of Judicial Officer