## **STATEMENT OF FACTS**

On Sunday, November 20, 2005, at about 1:00 a.m., sworn officers of the Metropolitan Police Department's Seventh District conducted a traffic stop at 19 Atlantic Street, S.W., Washington, D.C., on the car that defendant Howard Phillips was driving. The defendant exited the vehicle and started to run. Officers apprehended the defendant and a struggle ensued. Phillips continued to reach inside of his coat until he was subdued and officers recovered a loaded .38 Special revolver next to the defendant. Officers also recovered 8 tablets suspected to be MDMA also known as Ecstasy in the right front pants pocket of the defendant.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that defendant previously has been convicted of a crime punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge, neither the weapon taken from defendant nor the ammunition in it was manufactured in the District of Columbia.

_____
OFFICER JOHN KNUTSEN
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF NOVEMBER, 2005

_____
U.S. MAGISTRATE JUDGE