UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 05-626M (AK) |
| ) | |
| **HOWARD A. PHILLIPS,** ) | |
| ) | |
| **Defendant.** ) | |

### UNOPPOSED MOTION FOR TRANSFER OF DEFENDANT
### TO THE CORRECTIONAL TREATMENT FACILITY

Defendant, Howard Phillips, through undersigned counsel, respectfully moves this Court for an order transferring him to the Correctional Treatment Facility. As grounds, Mr. Phillips states:

On November 20, 2005, Howard Phillips was arrested and charged by criminal complaint with Possession of a Firearm Having Been Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922 (g)(1). On December 2, 2005, Mr. Phillips was ordered held without bond. He remains held without bond.

As the Court may recall from the preliminary hearing held in this matter on December 2, 2005, Mr. Phillips was injured during his arrest on November 20, 2005. Specifically, Mr. Phillips has head injuries which required staples. Mr. Phillips was treated at the Washington Hospital Center in order to care for his head trauma and other injuries. In light of these injuries, Mr. Phillips requests that he be transferred to the Central Treatment Facility, whereby Mr. Phillips would adequately receive the medical help that he requires. Government counsel has no objection to this request.

Wherefore, defendant Howard Phillips requests this Court to order his transfer.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Danielle C. Jahn
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500