UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 05-626M (AK) |
| ) | |
| **HOWARD A. PHILLIPS,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon motion of Defendant Howard A. Phillips, it is hereby ORDERED that

1. Defendant Phillips should be transported to the Correction Treatment Facility;

2. Defendant should not be placed in protective custody, administrative segregation, nor any other segregation; and

3. Defendant should be placed in general population and held there until his case is completed.

4. Defendant Phillips' date of birth is April 30, 1971.

SO ORDERED this _____ day of _____, 2005.

_____
THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C. 20004

United States Marshal for
The District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

Angela George
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530